1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8  UE COMPRESSION, LLC,                    CASE NO. CV F 13-1567 LJO JLT

9                          Plaintiff,      **ORDER TO DISMISS AND CLOSE**
10                                         **ACTION**
                                           (Doc. 6.)
11         vs.

12  DUFFY CRANE & HAULING
13  INC., et al.,

14                          Defendants.
   _____/
15
16         Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this

17  Court:

18         1.      DISMISSES without prejudice this entire action and all claims;

19         2.      VACATES all pending matters and dates, including the January 10, 2014

20   scheduling conference; and

21         3.      DIRECTS the clerk to close this action.

22
23  IT IS SO ORDERED.

24     Dated:   __October 25, 2013__            ___/s/ Lawrence J. O'Neill__
25                                              UNITED STATES DISTRICT JUDGE
26
27
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2